PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
### _Galveston_ DIVISION

United States Courts
Southern District of Texas
**F I L E D**

**JUL 15 2022**

Nathan Ochsner, Clerk of Court

_REYNALDO GARCIA #1782131_
Plaintiff's Name and ID Number

_STRINGFELLOW UNIT. 1200 F.M. 655. ROSHARON, TEXAS 77583_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_WALDEN ANTHONY PATRICK. STRINGFELLOW UNIT. 1200 F.M. 655; ROSHARON, TEXAS 77583_
Defendant's Name and Address

_SERGEANT BOARD; STRINGFELLOW UNIT; 1200 F.M. 655; ROSHARON, TEXAS 77583_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly  handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? F.G. ✗YES ╱NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: ___N/A___

        2.  Parties to previous lawsuit:

            Plaintiff(s) ~~REYNALDO GARCIA #1782131~~  N/A

            Defendant(s) ~~DIRECTOR OF T.D.C.J. BOBBY LUMPKIN~~  N/A

        3.  Court: (If federal, name the district; if state, name the county.) N/A

        4.  Cause number: ___N/A___

        5.  Name of judge to whom case was assigned: ___N/A___

        6.  Disposition: (Was the case dismissed, appealed, still pending?) ~~DISMISSED~~  N/A

        7.  Approximate date of disposition: ___N/A___

II.    PLACE OF PRESENT CONFINEMENT: TEXAS DEPARTMENT OF CRIMINAL JUSTICE (STRINGFELLOW UNIT)

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___ YES    ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: REYNALDO GARCIA #1782131

STRINGFELLOW UNIT. 1200 F.M. 655.

ROSHARON, TEXAS 77583

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: WARDEN ANTHONY PATRICK. STRINGFELLOW UNIT.

1200 F.M. 655. ROSHARON, TEXAS 77583

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Gross negligence and deliberately indifferent to Plaintiff's needs and safety.

Defendant #2: SERGEANT BOARD; STRINGFELLOW UNIT. 1200 F.M. 655.

ROSHARON, TEXAS 77583

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Gross negligence and deliberately indifferent to Plaintiff's needs and safety.

Defendant #3: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

**V.    STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT.

Approximately between the months of July and August of 2021 I was approached by Sgt. Board regarding the COVID-19 vaccine shot. In which I implied that due to my religious beliefs I was opting to decline the shot. Upon that information Sgt. Board clearly became vexed and frustrated. And then responded by stating, "Okay, since you don't want to take the shot you can pack your property." Then added, "I don't care about your beliefs or whatever religion you're committed to."

I then brought this to the attention of a higher official, Warden Anthony Patrick and he immediately sided with Sgt. Board and condoned her act of punishment by allowing her to criticize my religion as she was re-assigning me to a whole new housing location where it... (continued)
(see Attachment)

**VI.    RELIEF:**

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Monetary reward ($500,000) for punitive damages; compensatory damages for all expenses the Plaintiff had to spend in this matter. And thing else the court deems equitable and just.

**VII.    GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

REYNALDO GARCIA

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1782131

**VIII.    SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _N/A_

2.  Case number: _N/A_

3.  Approximate date sanctions were imposed: _N/A_

4.  Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

Consisted of the unruly prisoners. Thereby, placing me in harm's way of a much more immediate danger than contracting COVID-19 would assume. Hence it's a time consuming infection and process. And just as well, the more logical thing to do would have been to place me in a single-cell housing to quarantine me for not taking the shot. As moving me into another populated area is no logical resolving act. In that it only places other people in harm's way (the possibility of catching COVID-19) if they believe that I had it for lack of the vaccine shot.

Sgt. Board even went so far as to say that my dilemma was a non-grievable matter and that I can be sure no one will get a chance to see it.

While I was in my new housing location I experienced a number of difficulties with the other inmates where physical harm on me almost became an actuality. And my complaints to officials about my safety went unwarranted. Which I know was influenced by Sgt. Board and Warden Patrick. And it became an awareness to me that I was alone without help. In that I was most assuredly being punished for my religious beliefs.

C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _N/A_

    2. Case number: _N/A_

    3. Approximate date warning was issued: _N/A_

Executed on: _7-12-22_
          DATE

_Reynaldo D._
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _12_ day of _July_, 20 _22_.
      (Day)         (month)      (year)

_Reynaldo D._
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15