United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:22-cv-0251

REYNALDO GARCIA, TDCJ #1782131, PLAINTIFF,

v.

WARDEN ANTHONY PATRICK, ET AL., DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

Plaintiff Reynaldo Garcia filed a civil-rights complaint under 42 U.S.C. § 1983 (Dkt. 1) against Warden Anthony Patrick and "Sergeant Board," regarding conditions of his confinement in the Texas Department of Criminal Justice ("TDCJ"). The court granted Garcia leave to proceed *in forma pauperis* (Dkt. 5) and issued an order on April 24, 2023, directing him to provide a more definite statement of his claims within 30 days. (Dkt. 6). That order has been returned undeliverable, advising that Garcia has been discharged from custody. (Dkt. 7).

Public records confirm that Garcia is no longer incarcerated in TDCJ.[1] He

---

[1]     Information about state inmates is available on the TDCJ homepage at: www.tdcj.state.tx.us (last visited June 5, 2023).

has not contacted the court or provided an updated address as required by Rule 83.4 of the Local Rules for the Southern District of Texas.  Under this rule, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address.  Garcia was advised of this rule in the order granting him leave to proceed *in forma pauperis* (Dkt. 5 at 3 ¶ 8).

Garcia's failure to pursue this case by providing a current address forces the court to conclude that he lacks due diligence.   A federal court may dismiss a case for want of prosecution where a plaintiff fails to pursue his claims or comply with court orders.  *See* Fed. R. Civ. P. 41(b); *see also Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440-41 (5th Cir. 2016) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order); *Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th Cir. 2007) ("[T]he failure of a *pro se* litigant to notify the district court of an address change may be considered by the district court as an additional cause for dismissal for failure to prosecute.").

Accordingly, it is **ORDERED** that the civil-rights action filed Reynaldo Garcia is **DISMISSED** without prejudice.  Garcia is advised that he may seek relief from the dismissal order by making a proper showing under Fed. R. Civ. P. 60(b).  Any motion for relief must be accompanied by full compliance with the order entered previously in this case on April 24, 2023 (Dkt. 6), by providing a more definite statement of his claims.

2/ 3

The Clerk will provide a copy of this Order of Dismissal to the plaintiff at his last known address.

Signed on Galveston Island this  7th   day of _ June              , 2023.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE